1  CHARLES L. THOMPSON, IV, State Bar No. 139927
   charles.thompson@ogletreedeakins.com
2  CHRISTOPHER M. AHEARN, State Bar No. 239089          **E-Filed 5/6/2010**
   chris.ahearn@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
6
   Attorneys for Defendant
7  GRUMA CORPORATION dba MISSION FOODS

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  NICOLAS ROSNER, an individual,          Case No. 5:09-cv-04402-JF

13                Plaintiff,                **STIPULATION TO CONTINUE 5-7-2010
                                            CASE MANAGEMENT CONFERENCE
14       v.                                 DUE TO SETTLEMENT OF ACTION;
                                            [PROPOSED] ORDER**
15  MISSION FOODS CORP., an unknown
    business entity; GRUMA CORPORATION, a
16  Nevada business entity doing business in
    California; DOES 1 to 10, business entit(ies),
17  form(s) unknown; DOES 11-20, individual(s);
    and DOES 21-30, inclusive,
18
19                Defendants.

20

21

22

23

24

25

26

27

28
                                            1                    Case No. 5:09-cv-04402-JF

1      IT IS HEREBY STIPULATED by and between Plaintiff Nicholas Rosner ("Rosner") and

2 Defendant Gruma Corporation ("Gruma"), and their respective counsels of record, that the

3 following Stipulation may be entered to give effect to the stipulations set forth below pursuant to

4 Civil L.R. 16-2(e).

5      WHEREAS, pursuant to the Court's March 5, 2010 Order (Docket No. 26), a Further Case

6 Management Conference in this action is currently scheduled for May 7, 2010 at 10:30 a.m.;

7      WHEREAS, the parties have reached an agreement regarding settlement of this action, but

8 require additional time to finalize a written settlement agreement before requesting dismissal;

9      WHEREAS, neither Rosner nor Gruma would be prejudiced by a continuance of the May 7,

10 2010 Further Case Management Conference;

11      IT IS THEREFORE STIPULATED by and between Rosner and Gruma that the Court

12 should continue the May 7, 2010 Case Management Conference to a date that is convenient for the

13 Court but is not earlier than July 6, 2010.

14      IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

15 DATED: May 5, 2010                        OGLETREE, DEAKINS, NASH, SMOAK &

16                                        STEWART, P.C.

17

18                             By: _____ /S/ _____

19                                Christopher M. Ahearn
                               Attorneys for Defendant

20                                GRUMA CORPORATION dba MISSION
                               FOODS

21

22                             UNITED EMPLOYEES LAW GROUP

23

24                             By: _____ /S/ _____

25                                Gregory Douglas
                               Attorneys for Plaintiff

26                                NICOLAS ROSNER

27

28

STIPULATION TO CONTINUE 5-7-2010 CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT OF
ACTION; [PROPOSED] ORDER

8595131_1

8595131.1 (OGLETREE)

1  ATTESTATION PER GENERAL ORDER NO. 45.X.B.

2      Concurrence in the filing of this document has been obtained from each of the signatories

3  listed above. Attested to on May 5, 2010 under penalty of perjury under the laws of the

4  United States.

5                                                      Christopher M. Ahearn

6

7                                **PROPOSED ORDER**

8      Having reviewed the foregoing Stipulation by Plaintiff Nicholas Rosner and Defendant

9  Gruma Corporation, and GOOD CAUSE APPEARING for the requested relief, it is hereby

10  ORDERED that:

11     The Case Management Conference in this action currently scheduled for May 7, 2010 at

12  10:30 a.m. is continued to ___July 9, 2010_____ at __10__ : __30__ a.m.

13  **IT IS SO ORDERED**

14  Dated: May __6__, 2010

15

16                                      HON. JEREMY FOGEL
                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

8595131_1

1    IT IS HEREBY STIPULATED by and between Plaintiff Nicholas Rosner ("Rosner") and

2  Defendant Gruma Corporation ("Gruma"), and their respective counsels of record, that the

3  following Stipulation may be entered to give effect to the stipulations set forth below pursuant to

4  Civil L.R. 16-2(e).

5    WHEREAS, pursuant to the Court's March 5, 2010 Order (Docket No. 26), a Further Case

6  Management Conference in this action is currently scheduled for May 7, 2010 at 10:30 a.m.;

7    WHEREAS, the parties have reached an agreement regarding settlement of this action, but

8  require additional time to finalize a written settlement agreement before requesting dismissal;

9    WHEREAS, neither Rosner nor Gruma would be prejudiced by a continuance of the May 7,

10  2010 Further Case Management Conference;

11    IT IS THEREFORE STIPULATED by and between Rosner and Gruma that the Court

12  should continue the May 7, 2010 Case Management Conference to a date that is convenient for the

13  Court but is not earlier than July 6, 2010.

14    IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

15  DATED:  May 5, 2010              OGLETREE, DEAKINS, NASH, SMOAK &
                                     STEWART, P.C.
16

17

18                                   By: _____/S/_____
                                         Christopher M. Ahearn
19                                       Attorneys for Defendant
                                         GRUMA CORPORATION dba MISSION
20                                       FOODS

21

22                                   UNITED EMPLOYEES LAW GROUP

23

24                                   By: ____/S/____ Gregory Douglas
                                         Gregory Douglas
25                                       Attorneys for Plaintiff
                                         NICOLAS ROSNER
26

27

28  _____3_____Case No. 5:09-cv-04402-JF
    STIPULATION TO CONTINUE 5-7-2010 CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT OF
                              ACTION; [PROPOSED] ORDER

8595131_1

8595131.1 (OGLETREE)