UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ROSNER, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>MISSION FOODS CORP., an unknown business entity; GRUMA CORPORATION, a Nevada business entity doing business in California; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive,<br><br>        Defendants. | Case No.: 5:09-cv-04402-JF<br><br>Assigned to the Honorable, Jeremy Fogel Judge of Courtroom "3"<br><br>**ORDER AND DISMISSAL WITH PREJUDICE** |

      Upon reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

//

//

//

//

//

//

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that this action be dismissed with prejudice, with each party to bear their own attorney's fees and costs to achieve said dismissal. The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

**IT IS SO ORDERED.**

DATED: 6/23/10

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE